**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA** RECEIVED
**EASTERN DIVISION**

2005 SEP -8 P 4: 33

| | | |
|---|---|---|
| JAMAR JOHNSON, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civil Action No.: | 3: 06 cv 812- WKW |
| | ) | |
| ERNEST HAIRSTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL & SUBSTITUTION

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 2679 (d) (2) and 42 U.S.C.

§ 1442a, *Jamar Johnson, PhD v. Ernest Hairston, et al.*, Case No. DV-06-392 (District

Court of Russell County, Alabama), is hereby removed to this Court, and the United

States is substituted as party defendant for Ernest Hairston. In support of this notice, the

United States, by and through Leura G. Canary, United States Attorney for the Middle

District of Alabama, respectfully states that:

1. Ernest Hairston is a named defendant in *Jamar Johnson, PhD v. Ernest*

*Hairston, et al.*, Case No. DV-06-392 (District Court of Russell County, Alabama). The

one-line complaint alleges that defendant Hairston owes the plaintiff $10,000 because of

"no closed caption the TV & DVD." Copies of all papers filed in the State Court are filed

with this Notice as Exhibit 1.

2. Ernest Hairston is an Education Research Analyst with the U.S. Department of Education in Washington, D.C. He is the federal project officer for several Education Department grants and cooperative agreements including the Captioned Media Program under the National Association of the Deaf. His federal responsibilities include monitoring this program.

3. Pursuant to 28 U.S.C. § 2679 (d)(2), the United States Attorney for the Middle District of Alabama has certified that defendant Hairston was acting within the scope of his federal office or employment at the time of the incident out of which plaintiff's claims arise. *See* 28 C.F.R. § 15.3 (2003) (delegating the Attorney General's certification authority to the United States Attorneys). A copy of the Attorney General's scope-of-employment certification is filed with this Notice as Exhibit 2.

4. Removal to this Court has occurred by operation of law based upon the Attorney General's scope-of-employment certification. 28 U.S.C. § 2679(d)(2). The Attorney General's certification conclusively establishes removal jurisdiction in this Court. 28 U.S.C.§ 2679(d)(2); *Gutierrez De Martinez v. Lamagno*, 515 U.S. 417, 431 (1995).

5. Substitution of the United States as party defendant for defendant Hairston has occurred by operation of law, and this action shall proceed as an action against the United States under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680. 28 U.S.C. § 2679 (d)(2).

WHEREFORE, pursuant to 28 U.S.C. § 2679 (d) (2), *Jamar Johnson, PhD v. Ernest Hairston, et al.*, Case No. DV-06-392 (District Court of Russell County, Alabama) has been removed to this Court, and the United States has been substituted as party defendant for Ernest Hairston.

Respectfully submitted this 8th day of September, 2006.

> LEURA G. CANARY
> United States Attorney
>
> By: _____
> STEPHEN M. DOYLE
> Chief, Civil Division
> Assistant United States Attorney
> Attorney for Defendant
> Post Office Box 197
> Montgomery, AL  36101-0197
> District of Columbia Bar No. 422474
> Telephone No.: (334) 223-7280
> Facsimile No.: (334) 223-7418
> **E-mail: stephen.doyle@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Filing Removal upon *pro se* plaintiff by mailing a copy of same, first class, postage prepaid, addressed as follows:

> Jarmar Johnson
> 9th Lane Street
> Phenix City, AL 36869

Dated this 8th day of September, 2006.

_____
Assistant United States Attorney

3

AVSO300

ALABAMA JUDICIAL DATA CENTER
RUSSELL       COUNTY

SUMMONS

DV 2006 000392.00
MICHAEL J. BELLAMY

IN THE DISTRICT COURT OF  RUSSELL       COUNTY

JAMAR JOHNSON, P.H.D. VS ERNEST HAIRSTON & BILL STARK

SERVE ON: (D001)

PLAINTIFF'S ATTORNEY

HAIRSTON ERNEST PHD
NAT'L ASSOC OF THE DEAF
1447 E MAIN ST
SPARTANBURG     ,SC  29307-0000

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE
REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 14 DAYS AFTER THIS SUMMONS
AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.

( )  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
     4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
     YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
     COMPLAINT IN THIS ACTION UPON DEFENDANT:

(X)  THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
     WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
     OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 08/22/2006                    CLERK:KATHY COULTER          BY:
                                          PO BOX 518
                                          PHENIX CITY  AL  36868-0510
                                          (334)298-0516

RETURN ON SERVICE:

( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
     (RETURN RECEIPT HERETO ATTACHED)

( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
     _____
     COMPLAINT TO _____
     IN _____ COUNTY, ALABAMA ON (DATE) _____

_____          _____
DATE                                SERVER SIGNATURE

_____          _____
SERVER ADDRESS                      TYPE OF PROCESS SERVER

OPERATOR: JBC
PREPARED: 08/22/2006

(Contents)

DEFENDANT'S
EXHIBIT

CASE
NO.

EXHIBIT
NO.   1

AMENDED

| State of Alabama<br>Unified Judicial System<br><br>Form C-46 (front)   Rev. 6/96 | STATEMENT OF CLAIM<br>(Complaint)<br>District Civil (Except Small Claims and Detinue Actions) | Case Number<br><br>DV-06-392 |
|---|---|---|

IN THE DISTRICT COURT OF _____ RUSSELL _____, ALABAMA
(Name of County)

_James J_____ P.HD_____
Plaintiff

v. _Ernest Hairston, Bill Stark_
Defendant

Home or Business Address: _____

Home or Business Address: _1447 East Main Street_
_South carolina Spartanburg, S.C 2930_

Home or Business Telephone Number: _____

Home or Business Telephone Number: _____

Name of Attorney: _Jamar Johnson_

Additional Defendant: _Mr. Stark Bill Stark_
_Caption media project Director_
_Caption Media Program_
_National Association of the Deaf_

Business Telephone Number: _____

Date of
Filing _____

**COMPLAINT**

1. The plaintiff claims the defendant owes the plaintiff the sum of $ _10,000_____ because: n b c
(make a short and plain statement of the claim showing that the plaintiff is entitled to relief.)

_Caption the T.V & DVD_

The plaintiff also claims from the defendant court costs in the sum of $ _24500_ plus $ _____ interest and
$ _____ for attorney's fees.

_Kathy Coulter_
Clerk

By: _JC_

_James J_____ P.HD_
Plaintiff or Plaintiff's Attorney (signature)

Attorney Code: _5-U.S.C 55A(EOU.S.A)_

_(334) 498-1349_
Plaintiff's or Plaintiff's Attorney's Phone Number

Clerk's Address:   **KATHY COULTER**
**CLERK OF CIRCUIT CLERK**
**P O BOX 518**
**PHENIX CITY, AL 36868-0518**

334-298-0516

_Rahwah2002@yahoo.com_
Plaintiff's or Plaintiff's Attorney's E-mail Address

Telephone Number: _____

(stamp: FILED IN OFFICE  2006 AUG 21 AM 9:34  CIRCUIT/DIST. COURT  RUSSELL CO., ALA.)

**SUMMONS**

To any sheriff or any person authorized by either Rules 4.1(b)(2) of the Alabama Rules of Civil Procedure to perfect service:
You are hereby commanded to serve this summons and complaint upon the above-named defendant.

**NOTICE TO DEFENDANT**

THE COMPLAINT SET OUT ABOVE IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU ARE
REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE
COMPLAINT, TO THE PLAINTIFF (OR THE ATTORNEY FOR THE PLAINTIFF), AT THE ADDRESS NOTED ABOVE.

THIS ANSWER MUST BE MAILED OR HAND DELIVERED TO THE CLERK OF COURT AT THE ADDRESS BELOW WITHIN FOURTEEN (14) DAYS
AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR
THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. (YOU MUST FILE THE ORIGINAL ANSWER WITH THE CLERK OF THIS
COURT).

Dated _____

**KATHY COULTER**
Clerk of Court

**P O BOX 518**
**PHENIX CITY, AL 36868-0518**
Address of Clerk of Court

COURT RECORD (Original)      PLAINTIFF (COPY)      DEFENDNANT (COPY)

| State of Alabama<br>Unified Judicial System<br><br>Form C-88   Rev. 6/96 | STATEMENT OF CLAIM<br>Complaint - District Civil<br>(Not to be used for Small Claims and Detinue Actions) | Case Number<br><br>57-DV- _06_ - _392_ |
|---|---|---|

## IN THE DISTRICT COURT OF RUSSELL COUNTY, ALABAMA

Jaman  Johnson p.HD  vs. Ernest Hairston, P.H.D
_____Plaintiff_____        _____Defendant_____

Home or Business Address: 4th Lane St          Home or Business Address: National Association of the
Phenix City  AL 38686 4                         Deaf 1447 East Main Street S.C
                                                Spartanburg, S.C 25307
Home or Business Telephone Number: _____   Home or Business Telephone Number: _____

Name of Attorney: Jaman Johnson p.HD         Additional Defendant: Caption Media Program
Business Telephone Number: (334) 498-1349     U.S Department of Education

---

### COMPLAINT 10,000

1. The plaintiff claims the defendant owes the plaintiff the sum of $ ~~250 Million~~ because: no closed
   *(make a short and plain statement of the claim showing that the plaintiff is entitled to relief.)*
   cation the DVD.

2. The plaintiff also claims from the defendant court costs in the sum of $ 235.00 , plus $_____ for interest and
   $_____ for attorney's fees.

_____[signature]_____
Plaintiff or Plaintiff's Attorney (signature)
Attorney Code: 5- U.S.C 552 A (EOUSA)

_____[signature]_____  (334) 448-1349
Plaintiff's or Plaintiff's Attorney's Phone Number

RAHWAH2002@yAHOO.com
Plaintiff's or Plaintiff's Attorney's E-mail Address

Date: 8-8-06

Plaintiff's or Plaintiff's Attorney's Fax Number

### SUMMONS
To any sheriff or any person authorized by either Rules 4.1(b)(2) of the Alabama Rules of Civil Procedure to perfect service:
You are hereby commanded to serve this summons and complaint upon the above-named defendant.

---

### NOTICE TO DEFENDANT

THE COMPLAINT SET OUT ABOVE IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT, TO THE PLAINTIFF (OR THE ATTORNEY FOR THE PLAINTIFF), AT THE ADDRESS NOTED ABOVE.

THIS ANSWER MUST BE MAILED OR HAND DELIVERED TO THE CLERK OF COURT AT THE ADDRESS BELOW WITHIN FOURTEEN (14) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

### YOU MUST FILE THE ORIGINAL ANSWER WITH THE CLERK OF THIS COURT.

**Kathy Coulter, Circuit Clerk**
Post Office Box 518
Phenix City, Alabama 36868-0518
(334) 298-0516
kathy.coulter@alacourt.gov

Dear, State Judge,

My name is Jamar Johnson Ph.D. I am an individual with Deaf who used American Sign Language to communication. I live at 9 the lane Phoenix City, Alabama 36869. I would like to file a complaint with the way the National Captioning Institute, Inc (NCI) does not put DVD's Closed Captioning also this year the 25th anniversary of Closed Captioning on network television. First off London Royal National Institute for the Blind, United Kingdom. Where is called Deaf than Blind, I can read see to eyes Closed Caption on the Television and film, movies DVD's , etc... National control World. National Deaf Education. The Education of the Deaf in Act in 1986 preauthorized KDES and MSSD and established a National Commission to study the Education of Students who are Deaf. Federal Support for the National Technical.. The Education of the Deaf Act and Department monitoring efforts,... at Federally Assisted Schools (1986);and (3) Deaf Education: Improved Laws Relating to (Captioned Films for the Deaf Act (PL 85-905). AT&T appeals on the ground that the application of California's consumer protection laws is preempted by the Federal Communications Act and the Federal Arbitration Act. We have jurisdiction pursuant to 28 U.S. C. 1291. The 1934 Act was intended to address the unique problems inherent in a monopolistic environment .Section 225 Federal Communication Commission. Remember- the law is about basic telephone products and services, but this means more today than it once did, If we are having problems with telecommunications equipment and Congress, who passed this legislation, will not think that there is a problem after all and therefore will not do any more to pressure the companies who make these products to make them Disabilities Act signed into law by President George H.Bush and Alabama Codes. Human Rights Section of this complaint.(President George W. Bush), and signed into law by President George H. W. Bush, a Republican ... 711 is only to be used to reach the Alabama Relay Service. Because 711 Relay not accept call 911 and Emergency and I complaint it either not pleased that's George W. Bush signed it's is 2. 8 million. The Relay has a new number: 711. It works just like 911; no area code, no long numbers ... (President George Bush); Nationwide launch of 711 Relay Service for the Deaf and Hard of Hearing...This website may be reached by persons using TTY/TDD equipment via the Florida Relay Service at 711 ... On August 6, 2002, President George W. Bush signed into law H. R. 3009, the Trade ... using standard telephones - can dial 711, toll free, to access the Telecommunications Relay... Partaking announced that he has signed into .. dignity and freedom," President George W. Bush...

## TITLE 15 > CHAPTER 7 > 273

### 273. Functions; for whom exercised

The Institute is authorized to exercise its functions for the Government of the United States and for international organizations of which the United States is a member; for governments of friendly countries; for any State or municipal government within the United States; or for any scientific society, educational institution, firm, corporation, or individual within the United States or friendly countries engaged in manufacturing or other pursuits requiring the use of standards or standard measuring instruments: Provided, That the exercise of these functions for international organizations, governments of friendly countries and scientific societies, educational institutions, firms, corporations, or individuals therein shall be in coordination with other agencies of the United States Government, in particular the Department of State in respect to foreign entities. All requests for the services of the institute shall be made in accordance with the rules and regulations herein established.

## TITLE 50 > CHAPTER 3 > § 23

### 23. Jurisdiction of United States courts and judges

After any such proclamation has been made, the several courts of the United States, having criminal jurisdiction, and the several justices and judges of the courts of the United States, are authorized and it shall be their duty, upon complaint against any alien enemy resident and at large within such jurisdiction or district, to the danger of the public peace or safety, and contrary to the tenor or intent of such proclamation, or other regulations which the President may have established, to cause such alien to be duly apprehended and conveyed before such court, judge, or justice; and after a full examination and hearing on such complaint, and sufficient cause appearing, to order such alien to be removed out of the territory of the United States, or to give sureties for his good behavior, or to be otherwise restrained, conformably to the proclamation or regulations established as aforesaid, and to imprison, or otherwise secure such alien, until the order which may be so made shall be performed.

Tuesday, August 08, 2006 America Online: Alarosehouse

**STATE OF ALABAMA**              *
                                 *                **AFFIDAVIT**
**RUSSELL COUNTY**               *


BEFORE ME, the undersigned authority, personally appeared
___Jamar Johnson___, who after first being duly
sworn, deposes and says:

1.  That he/she is an authorized agent for the Plaintiff herein,
___Jamar Johnson___; that he/she has knowledge of
the facts herein set forth and is duly authorized to make this affidavit; that all of
the provisions of Section 5-9-11, *Code of Alabama*, have been complied with by
the Plaintiff, and that there have been no violations of the provisions of this
section attributable to said company or corporation.

2.  That, to the best information and belief of this affiant, the Defendant,
_____, in this legal action is a resident
of Russell County, Alabama, and/or that the transaction or incident occurred in
Russell County, Alabama.

3.  That the amount due by the defendant is as follows:

|                |         |
|----------------|---------|
| Principle      | $_____ |
| Interest       | _____  |
| Attorney Fees  | _____  |
| Late Fees      | _____  |
| Court Costs    | _____  |
| **TOTAL**      | _____  |


_____
PLAINTIFF/AFFIANT    (Signature)

Sworn to and subscribed before me this
__8__ day of __AUg__, 20 _06_.


_____
Notary Public


*This document cannot be accepted if not notarized.*

AVS0300

ALABAMA JUDICIAL DATA CENTER
RUSSELL          COUNTY

SUMMONS

DV 2006 000392.00
MICHAEL J. BELLAMY

IN THE DISTRICT COURT OF  RUSSELL          COUNTY

JAMAR JOHNSON, P.H.D. VS ERNEST HAIRSTON, P.H.D.

SERVE ON: (D001)

PLAINTIFF'S ATTORNEY

HAIRSTON ERNEST PHD
NATIONAL INITIATIVES TEAM
1447 E MAIN ST
SPARTANBURG    ,SC  29307-0000

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE
REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 14 DAYS AFTER THIS SUMMONS
AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.

( )   TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
      4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
      YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
      COMPLAINT IN THIS ACTION UPON DEFENDANT.

(✗)   THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
      WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
      OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 08/08/2006

CLERK:KATHY COULTER              BY:_____
      PO BOX 518
      PHENIX CITY  AL  36868-0510
      (334)298-0516

7001 2510 0007 2843 6505

RETURN ON SERVICE:

( )   CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
      (RETURN RECEIPT HERETO ATTACHED)

( )   I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND

      COMPLAINT TO _____

      IN _____ COUNTY, ALABAMA ON (DATE) _____

_____          _____
DATE                              SERVER SIGNATURE

_____          _____
SERVER ADDRESS                    TYPE OF PROCESS SERVER

OPERATOR: JBC
PREPARED: 08/08/2006

STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
KATHY COULTER
CLERK OF CIRCUIT COURT
P.O. BOX 518
PHENIX CITY, AL 36868-0518

UTF

RETURN RECEIPT
REQUESTED

7001 2510 0007 2843 6505

HAIRSTON ERNEST PHD
NATIONAL INITIATIVES TEAM
1447 E MAIN ST
SPARTANBURG    ,SC  29307-0000

NIXIE        298      1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 36868051818        *1739-04280-08-38

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

RECEIVED

2006 SEP -8  P 4: 35

| | |
|---|---|
| JAMAR JOHNSON, Ph.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:06cv 812 - WKW |
| | ) |
| ERNEST HAIRSTON, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION OF SCOPE OF EMPLOYMENT

I, Leura G. Canary, United States Attorney for the Middle District of Alabama,

United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. §

2679, and by virtue of the authority vested in me by 28 C.F.R. § 15.3, hereby certify that

defendant, Ernest Hairston, was acting within the scope of his federal office or

employment as an Education Research Analyst with the United States Department of

Education at the time of the incident out of which this claim arises. I have been apprised

of the facts giving rise to this action and make this certification on the basis of the

information now available to me with respect to the incident referred to in the complaint.

Dated this _8_ th day of September, 2006.

LEURA G. CANARY
United States Attorney
SJIS #GAR030

DEFENDANT'S
EXHIBIT

CASE
NO. _____

EXHIBIT
NO. _2_