IN THE DISTRICT COURT OF
RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| JAMAR JOHNSON, Ph.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: **DV-06-392** |
| | ) |
| ERNEST HAIRSTON, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING REMOVAL

Kathy Coulter
Clerk of the Court
P.O. Box 518
Phenix City, AL  36868-0518

PLEASE TAKE NOTICE that on this 8th day of September, 2006, the United States, on behalf of defendant Ernest Haitrston, filed in the office of the Clerk of the United States District Court for the Middle District of Alabama a Notice of Removal and Substitution of the above-styled action to that Court. A copy of that Notice is hereby filed with this Court. This action has been removed to the United States District Court and, in accordance with 28 U.S.C. § 1446 (d), this honorable Court should proceed no further unless and until the case is remanded.

Respectfully submitted this 8th day of September, 2006.

>LEURA G. CANARY
>United States Attorney
>
>By: /s/ Stephen M. Doyle
>STEPHEN M. DOYLE
>Chief, Civil Division
>Assistant United States Attorney
>Attorney for Defendant
>Post Office Box 197
>Montgomery, AL 36101-0197
>District of Columbia Bar No. 422474
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail: stephen.doyle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Filing Removal upon *pro se* plaintiff by mailing a copy of same, first class, postage prepaid, addressed as follows:

>Jarmar Johnson
>9th Lane Street
>Phenix City, AL 36869

Dated this 8th day of September, 2006.

/s/ Stephen M. Doyle
Assistant United States Attorney