IN THE DISTRICT COURT OF
RUSSELL COUNTY, ALABAMA

JAMAR JOHNSON, Ph.D., )
)
    Plaintiff, )
)
v. ) Case No.: ~~DV-06-392~~
) 3:06cv812-WKW
ERNEST HAIRSTON, et al., )
)
    Defendants. )

### REQUEST FOR EXTENSION OF TIME

Kathy Coulter
Clerk of the Court
P.O. Box 518
Phenix City, AL  36868-0518

1. I am Nancy J. Bloch, Chief Executive Officer, of the National Association of the Deaf (NAD) (see www.nad.org), located at 8630 Fenton Street, Suite 820, Silver Spring, MD  20910.

2. The Captioned Media Program (CMP) (see www.captionedmedia.org), located at 1447 E. Main Street, Spartanburg, SC  29307, is funded by a U.S. Department of Education grant/cooperative agreement administered by the NAD.

3. Billy ("Bill") L. Stark is the Project Director for CMP.

4. I am making good faith efforts to retain counsel, licensed in the State of Alabama.

5. Counsel, when retained, will require reasonable time to prepare and file an Answer to the Complaint and/or other appropriate filings with the Court.

6. Therefore, I respectfully request an extension of time, in the amount of thirty (30) additional days, within which to file an Answer to the Complaint and/or other appropriate filings with the Court.

Respectfully submitted this 19th day of September, 2006.

By: _____
NANCY J. BLOCH
Chief Executive Officer
National Association of the Deaf
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Telephone No.: (301) 587-1788
Facsimile No.: (301) 587-1791
**E-mail: Bloch@nad.org**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Request for Extension of Time upon *pro se* plaintiff by mailing a copy of same, first class, postage prepaid, addressed as follows:

>Jamar Johnson
>9th Lane Street
>Phenix City, 36869

Dated this 19th day of September, 2006.

*Nancy J. Bloch*
Nancy J. Bloch
Chief Executive Officer
National Association of the Deaf