IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMAR JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:06-CV-00812-WKW-DRB |
| ) | |
| ERNEST HAIRSTON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

Upon review of the *Request for Extension of Time*, construed as a motion, filed by Defendant Caption Media Program (Doc. 5, September 26, 2006), it is, for good cause therein,

**ORDERED** that the motion is **GRANTED.** Defendant Caption Media Program has to and including October 26, 2006, to file an answer to the complaint.

Done this 28th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE