IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMAR JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    3:06-CV-00812-WKW |
| | ) |
| ERNEST HAIRSTON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon referral of this case to the undersigned for all pretrial proceedings and entry of any orders or recommendations as may be appropriate (Doc. 4, filed Sept. 19, 2006), it is,

**ORDERED** that Plaintiff file a response not later than October 18, 2006, to show any cause why the *United States' Motion to Dismiss* (Doc. 3, filed Sept. 8, 2006) should not be granted.

**The *pro se* Plaintiff is advised that if he fails to file *any* response**, the court will proceed to decide the merits of United States' contention that "this court lacks subject-matter jurisdiction because plaintiff has not presented an administrative claim to the appropriate federal agency as required by 28 U.S.C. §2675(a)."

Done this 28th day of September, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE