IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMAR JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   3:06-CV-00812-WKW |
| | ) |
| ERNEST HAIRSTON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon referral of this case to the undersigned for all pretrial proceedings and entry of any orders or recommendations as may be appropriate (Doc. 4, filed Sept. 19, 2006), it is,

**ORDERED** that **Plaintiff file a response not later than November 22, 2006**, to show any cause why the *Defendant Bill Stark, Captioned Media Project Director, Captioned Media Program National Association of the Deaf Motion to Dismiss or in the Alternative, for Summary Judgment* (Doc. 8, filed Oct. 26, 2006) should not be granted.

**The *pro se* Plaintiff is advised that if he fails to file *any* response**, the court will proceed to decide the merits of Defendant's contention that "this action should be dismissed in its entirety for lack of jurisdiction over the subject matter and/or failure to state a claim upon which relief can be granted."

Done this 1st day of November, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE