IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMAR JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:06-CV-00812-WKW |
| | ) |
| ERNEST HAIRSTON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon referral of this case to the undersigned for all pretrial proceedings and entry of any orders or recommendations as may be appropriate (Doc. 4, filed September 19, 2006 and reassignment to the undersigned on January 8, 2007), it is

**ORDERED** that the parties appear at **10:00 a.m. on February 12, 2007** for a **HEARING** on *United States' Motion to Dismiss* (Doc. 3, filed September 8, 2006) and *Defendant Bill Stark, Captioned Media Project Director, Captioned Media Program National Association of the Deaf Motion to Dismiss or In the Alternative Motion for Summary Judgment* (Doc. 8, filed October 26, 2006). At the hearing, Plaintiff shall be prepared to succinctly state the exact nature of his complaint. The hearing shall be in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The hearing shall be attended by at least one of the attorneys representing each of the parties and by any party who is not represented by an attorney.

To accommodate Plaintiff, an American Sign Language interpreter will be provided.

Plaintiff should notify the court not later than **January 31, 2007** should additional accommodations be required.

DONE this 12th day of January, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE