IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMAR JOHNSON, Ph.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:06-cv-812-WKW |
| | ) |
| ERNEST HAIRSTON, et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION TO CONTINUE FOR ONE HOUR OR MORE**

COMES NOW Bill Stark, Captioned Media Project Director, Captioned Media Program, National Association of the Deaf ("Defendant"), by and through undersigned counsel, and moves this Honorable Court to continue for one hour or more the hearing set on their motion to dismiss or in the alternative for summary judgment in the above case. As grounds for said motion, Defendant shows unto the Court that undersigned counsel is already set for arguments in two cases in the Circuit Court of Montgomery County beginning at 9:00 a.m. on February 12, 2007. These matters should be finished in time to appear in the above styled case by 11:00 a.m. or any time thereafter on February 12, 2007.

Respectfully submitted this 12th day of January, 2007.

                                                  s/Robert D. Segall
                                                  Robert D. Segall (SEG003)
                                                  *Attorney for Bill Stark, Captioned Media*
                                                  *Project Director, Captioned Media*
                                                  *Program, National Association of the Deaf*

Copeland Franco Screws & Gill PA
444 South Perry Street
P.O. Box 347
Montgomery AL 36101-0347
Phone: 334-834-1180
Fax: 334-834-3172
Email: segall@copelandfranco.com

## CERTIFICATE OF SERVICE

  I hereby certify that on 12th day January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system who will notify the following by electronic means:

  Stephen Doyle, Esq.  stephen.doyle@usdoj.gov

and I hereby certify that I have mailed by U.S. Postal Service the document to the following:

    Jamar Johnson, Ph.D.
    9th The Lane Street
    Phenix City AL 36869


            s/Robert D. Segall


cc:  Nancy J. Bloch
    Chief Executive Officer
    National Association of the Deaf
    8630 Fenton Street, Suite 820
    Silver Spring, MD 20910
    Ph: 301-587-1788
    Fax: 301-587-1791
    Email: Bloch@nad.org