IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMAR JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   3:06-CV-00812-WKW-TFM |
| | ) |
| ERNEST HAIRSTON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

On January 12, 2007, the court entered an Order Setting Hearing (Doc. 11) on *United States' Motion to Dismiss* (Doc. 3, filed September 8, 2006) and *Defendant Bill Stark, Captioned Media Project Director, Captioned Media Program National Association of the Deaf Motion to Dismiss or In the Alternative Motion for Summary Judgment* (Doc. 8, filed October 26, 2006). Defendants Caption Media Program and Bill Stark filed a *Motion to Continue for One Hour or More* (Doc. 12, filed January 12, 2007).

For good cause, the Motion is **GRANTED** and the Hearing on Defendants' Motions to Dismiss shall now take place on **February 12, 2007 at 2:00 p.m.** The hearing shall be heard in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The hearing shall be attended by at least one of the attorneys representing each of the parties and by any party who is not represented by an attorney.

To accommodate Plaintiff, an American Sign Language interpreter will be provided.

Plaintiff should notify the court not later than **January 31, 2007** should additional accommodations be required.

    DONE this 16th day of January, 2007.

                                              /s/ Terry F. Moorer  
                                              TERRY F. MOORER  
                                              UNITED STATES MAGISTRATE JUDGE