# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

☐ Northern    ☐ Southern    ☒ Eastern

HON. Terry Moorer                    AT Montgomery, Alabama

DATE COMMENCED 2-12-2007     @ 2:20    ☐ a.m. ☒ p.m
DATE COMPLETED 2-12-2007     @ 2:37    ☐ a.m. ☒ p.m

CASE NO. 3:06cv812-WKW

JAMAR JOHNSON                        VS.    CAPTION MEDIA PROGRAM, ET AL.
Plaintiff(s)                                 Defendant(s)

## APPEARANCES

Plaintiff(s)/Government                Defendant(s)
Pro Se                                 Bobby Segal
                                       ~~Stephen Doyle~~ Neeley

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.            Crt Rptr:
Law Clerk:                             Interpreter:
USPO/USPTS:                            Other:

## PROCEEDINGS:

☒ Motion Hearing: UNITED STATES MOTION TO DISMISS and CAPTION MEDIA PROGRAM MOTION TO
☐ Status Conference   ☐ Oral Argument       ☐ Evidentiary Hrg. DISM or SJ
☐ Revocation          ☐ Scheduling Conf.    ☐ Show Cause
☐ Settlement Conference ☐ Telephone Conf.   ☐ Sentencing
☐ Non-Jury Trial      ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other

☐ **Pretrial Conference**
Pending Motions:
Discovery Status:                Plea Status:
Trial Status/Length:             Trial Term:

2:20 pm Court convener
Plaintiff failed

Page:
Date:
Case No:

cont'. to appear,
Hearing not held
Court telephoned
Deft
Deft to call court
back.

2:37pm Deft failed to
call back
Court is recessed