IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMAR JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-812-WKW- |
| ) | [wo] |
| ERNEST HAIRSTON, et al., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On February 16, 2007, the Magistrate Judge filed a Recommendation (Doc. # 15) to which no timely objections were made.  After an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.  The Recommendation of the Magistrate Judge (Doc. # 15) is ADOPTED.

2.  The Motion to Dismiss (Doc. # 3) filed by Defendant United States is GRANTED;

3.  The Motion to Dismiss (Doc. # 8) filed by Defendants Bill Stark and Caption Media Program is GRANTED; and

4.  This action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 8th day of March, 2007.

　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE